

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JN
DEC X 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ONEBEACON INSURANCE CO., )
)
Plaintiff, )
)
v. ) 07cv6905
) JUDGE COAR
FIRST MIDWEST BANCORP, INC., ) MAG. JUDGE SCHENKIER
)
Defendant. )

Plaintiff OneBeacon Insurance Co. ("OneBeacon"), by and through counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses OneBeacon's corporate interests as follows:

1. OneBeacon is a direct wholly-owned subsidiary of OneBeacon Insurance Group LLC, and is an indirect wholly-owned subsidiary of OneBeacon Insurance Group, Ltd., approximately 28% of the stock of which is traded on the New York Stock Exchange. Approximately 72% of the stock of OneBeacon Insurance Group, Ltd. is indirectly owned by White Mountains Insurance Group, Ltd., a publicly held company whose stock is also traded on the New York Stock Exchange. There is no other publicly held entity which directly or indirectly owns 10% or more of the Company's stock.

Dated: December 7, 2007

Respectfully submitted,

_____
Bruce M. Lichtcsien
blichtcsien@cozen.com
COZEN O'CONNOR
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
(312) 382-3153
(312) 706-9753 (Facsimile)
Attorneys for Plaintiff