UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6905 |
| ) | |
| FIRST MIDWEST BANCORP, INC., ) | |
| ) | |
| Defendant. ) | |

**ONEBEACON INSURANCE COMPANY'S**
**REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES**

NOW COMES ONEBEACON INSURANCE COMPANY ("OneBeacon") by its attorneys, COZEN O'CONNOR, and in reply to FIRST MIDWEST BANCORP, INC.'S ("First Midwest") Affirmative Defenses, states as follows:

1.  OneBeacon's claims are barred in whole or in part by unjust enrichment. OneBeacon, in whole or in part, did not possess an interest in the proceeds of the Check such that it would be inequitable to grant OneBeacon the relief it seeks.

**REPLY**:   OneBeacon denies the allegations in Affirmative Defense No. 1.

2.  OneBeacon's claims have been waived in whole or in part as a result of OneBeacon's own actions. OneBeacon, as a result of its dealings with Central Leasing, has waived in whole or in part any claim to the proceeds of the Check.

**REPLY**:   OneBeacon denies the allegations in Affirmative Defense No. 2.

3.  Upon information and belief, OneBeacon's claims are barred in whole or in part by its failure to mitigate damages. OneBeacon was, and is, under a continuing duty to mitigate damages and failed to take appropriate actions regarding its business relationship with Central

Leasing to mitigate its damages.

**REPLY**:   One Beacon denies the allegations in Affirmative Defense No. 3.

4.   OneBeacon's Complaint fails to state a claim upon which relief can be granted. Count II of OneBeacon's Complaint is barred in whole or in part by the Economic Loss Doctrine articulated in Moorman Mfg. Co. v. National Tank Co., 91 Ill.2d 69, 435 N.E.2d 433, 61 Ill. Dec. 746 (Ill. 1982).

**REPLY**:   One Beacon denies the allegations in Affirmative Defense No. 4.

WHEREFORE, Plaintiff, ONEBEACON INSURANCE COMPANY, requests this Court to enter judgment in its favor and against Defendant, FIRST MIDWEST BANCORP, INC., and to grant any and all other relief that this Court deems appropriate and just, including attorney's fees and costs.

Dated: January 31, 2008          ONEBEACON INSURANCE COMPANY

                                 By:   /s/ Bruce M. Lichtcsien
                                       One of its Attorneys

Bruce M. Lichtcsien
Cozen O'Connor
222 South Riverside Plaza
Suite 1500
Chicago, Illinois  60606
Phone: (312) 382-3100

## CERTIFICATE OF SERVICE

Under penalties as provided by law, the undersigned certifies that the foregoing document was served on counsel of record by electronic filing this 31st day of January, 2008, and the same is available for viewing by downloading on the Court's ECF system.

                                 /s/ Bruce M. Lichtcsien

CHICAGO\582233\1 216174.000