UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6905 |
| ) | |
| FIRST MIDWEST BANCORP, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

TO:  Craig M. White, Esq.
Jason Logue, Esq.
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive
Suite 2800
Chicago, Illinois  60606

PLEASE TAKE NOTICE that on the 31st day of January, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff **ONEBEACON INSURANCE COMPANY'S REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES**, a copy of which is attached hereto and herewith served upon you.

COZEN O'CONNOR

Dated: January 31, 2008         By:   /s/ Bruce M. Lichtcsien
                                      Attorney for Plaintiff

Bruce M. Lichtcsien
Cozen O'Connor
222 S. Riverside Plaza, Suite 1500
Chicago, Illinois  60606
(312) 382-3100

**PROOF OF SERVICE**

Under penalties as provided by law, the undersigned certifies that the foregoing document was served on counsel of record by electronic filing this 31h day of January, 2008, and the same is available for viewing by downloading on the Court's ECF system.

/s/ June M. Dvorak

CHICAGO\582486\1  216174.000