**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ONEBEACON INSURANCE COMPANY,<br>                                         Plaintiff,<br>vs.<br>FIRST MIDWEST BANCORP, INC.,<br>                                         Defendant. | Case Number:<br>07 CV 6905 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIRST MIDWEST BANCORP, INC.

| |
|---|
| NAME (Type or print)<br>JASON LOGUE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/  JASON LOGUE |
| FIRM<br>WILDMAN, HARROLD, ALLEN & DIXON LLP |
| STREET ADDRESS<br>225 WEST WACKER DRIVE, SUITE 2800 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS  60606-1229 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293250 | TELEPHONE NUMBER<br>312/201-2000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on **FEBRUARY 5, 2008**, a copy of the foregoing **APPEARANCE**, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ JASON LOGUE