UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07 C 6905 |
| FIRST MIDWEST BANCORP, INC., | ) ) ) |
| Defendant. | ) |

**ONEBEACON INSURANCE COMPANY'S**
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES ONEBEACON INSURANCE COMPANY ("OneBeacon"), by its attorneys, Cozen O'Connor, and requests this Court to enter an order granting it leave to file its Amended Complaint, *instanter*, pursuant to Federal Rule of Civil Procedure 15.

In support thereof, OneBeacon states as follows:

1. OneBeacon filed this action against First Midwest Bancorp, Inc. because First Midwest Bancorp, Inc. improperly honored a check made payable to Central Leasing Management, Inc. and Gallagher Bassett Services, Inc.

2. OneBeacon served its Complaint on First Midwest Bancorp, Inc.

3. Opposing counsel recently advised counsel for OneBeacon that First Midwest Bancorp., Inc. is a holding company and that the proper defendant is First Midwest Bank. Accordingly, OneBeacon requests leave to file its Amended Complaint naming the proper defendant, First Midwest Bank.

4. A copy of OneBeacon's proposed Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff, ONEBEACON INSURANCE COMPANY, requests this Court to enter an order granting it leave to file its Amended Complaint and granting any and all other relief that this Court deems appropriate and just.

Dated: February 14, 2008                                ONEBEACON INSURANCE COMPANY


                                                        By:    /s/ Bruce M. Lichtcsien
                                                               One of its Attorneys


Bruce M. Lichtcsien
COZEN O'CONNOR
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
312.382.3100


CHICAGO\587136\1  216174.000

## **CERTIFICATE OF SERVICE**

    Under penalties as provided by law, the undersigned certifies that the foregoing document was served on counsel of record by electronic filing this 14th day of February, 2008, and the same is available for viewing by downloading on the Court's ECF system.

                                                 /s/ June M. Dvorak