UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6905 |
| | ) | Magistrate Judge Sidney I. Schenkier |
| FIRST MIDWEST BANCORP., INC., | ) | Judge David H. Coar |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Craig M. White, Esq.
Jason Logue, Esq.
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive
Suite 2800
Chicago, Illinois  60606

On February 20, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar or any judge sitting in his stead, in the courtroom usually occupied by him in Room <u>1419</u> at the Northern District of Illinois, Eastern Division, and shall then and there move the Court in accordance with the attached Plaintiff **ONEBEACON INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,** a copy of which is attached hereto and served upon you.

COZEN O'CONNOR

Dated: February 14, 2008           By:   <u>/s/ Bruce M. Lichtcsien</u>
                                                    Attorney for Plaintiff

Bruce M. Lichtcsien
Cozen O'Connor
222 S. Riverside Plaza, Suite 1500
Chicago, Illinois  60606
(312) 382-3100

**PROOF OF SERVICE**

Under penalties as provided by law, the undersigned certifies that the foregoing document was served on counsel of record by electronic filing this 14th day of February, 2008, and the same is available for viewing by downloading on the Court's ECF system.

<u>/s/ June M. Dvorak</u>

CHICAGO\587142\1  216174.000