**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Onebeacon Insurance Co.
                        Plaintiff,

v.                                            Case No.: 1:07−cv−06905
                                                    Honorable David H. Coar

First Midwest Bancorp, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge David H. Coar :MOTION by Plaintiff Onebeacon Insurance Co. for leave to file Amended Complaint [11] is granted. Parties need not appear on the noticed motion date of 2/20/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.