UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6905 |
| | ) | |
| FIRST MIDWEST BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Craig M. White, Esq.
Jason Logue, Esq.
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive
Suite 2800
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 20th day of February, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff **ONEBEACON INSURANCE COMPANY'S AMENDED COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

COZEN O'CONNOR

Dated: February 20, 2008      By:   /s/ Bruce M. Lichtcsien
                                     Attorney for Plaintiff

Bruce M. Lichtcsien
Cozen O'Connor
222 S. Riverside Plaza, Suite 1500
Chicago, Illinois 60606
(312) 382-3100

## PROOF OF SERVICE

Under penalties as provided by law, the undersigned certifies that the foregoing document was served on counsel of record by electronic filing this 20th day of February, 2008, and the same is available for viewing by downloading on the Court's ECF system.

/s/ June M. Dvorak

CHICAGO\588446\1 216174.000