UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 07cv6905 ) JUDGE COAR |
| FIRST MIDWEST BANK, | ) MAG. JUDGE SCHENKIER ) |
| Defendant. | ) |

## NOTICE OF FILING

TO:   Bruce M. Lichtcsien
Cozen O'Connor
222 S. Riverside Plaza
Suite 1500
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 5th day of March, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint**, a copy of which is attached hereto and herewith served upon you.

WILDMAN, HARROLD, ALLEN & DIXON LLP

By:  /s/Jason Logue
One of the Attorneys for Defendant,
First Midwest Bancorp., Inc.

Dated: March 5, 2008

Craig M. White (#2999668)
Jason Logue (#6293250)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000
Facsimile: (312) 201-2555

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that on **MARCH 5, 2008**, a copy of the foregoing **NOTICE OF FILING**, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ JASON LOGUE