UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6905 |
| | ) | Magistrate Judge Sidney I. Schenkier |
| FIRST MIDWEST BANK, | ) | Judge David H. Coar |
| | ) | |
| Defendant. | ) | |

**REPLIES TO DEFENDANT'S AFFIRMATIVE DEFENSES**

NOW COMES Plaintiff, ONEBEACON INSURANCE COMPANY ("OneBeacon"), by its attorneys, Cozen O'Connor, and for its replies to Defendant, FIRST MIDWEST BANK's ("First Midwest") Affirmative Defenses to Plaintiff's Amended Complaint, states as follows:

1. OneBeacon's claims are barred in whole or in part by unjust enrichment. OneBeacon, in whole or in part, did not possess an interest in the proceeds of the Check such that it would be inequitable to grant OneBeacon the relief it seeks.

**REPLY**:   OneBeacon denies First Midwest's Affirmative Defense No. 1.

2. OneBeacon's claims have been waived in whole or in part as a result of OneBeacon's own actions. OneBeacon, as a result of its dealings with Central Leasing, has waived in whole or in part any claim to the proceeds of the Check.

**REPLY**:   OneBeacon denies First Midwest's Affirmative Defense No. 2.

3. Upon information and belief, OneBeacon's claims are barred in whole or in part by its failure to mitigate damages. OneBeacon was, and is, under a continuing duty to mitigate damages and failed to take appropriate actions regarding its business relationship with Central Leasing to mitigate damages.

**REPLY**:   OneBeacon denies First Midwest's Affirmative Defense No. 3.

4.   OneBeacon's Complaint fails to state a claim upon which relief can be granted. Count II of OneBeacon's Complaint is barred in whole or in part by the Economic Loss Doctrine articulated in *Moorman Mfg. Co. v. National Tank Co.*, 91 Ill.2d 69, 435 N.E.2d 443, 61 Ill. Dec. 746 (Ill. 1982).

**REPLY**:   OneBeacon denies First Midwest's Affirmative Defense No. 4.

WHEREFORE, Plaintiff, ONEBEACON INSURANCE COMPANY, requests this Court to enter an Order granting judgment in its favor and against Defendant, FIRST MIDWEST BANK, and granting any and all other relief that this Court deems appropriate and just.

Dated:  March 7, 2008                                ONEBEACON INSURANCE COMPANY


By:   /s/ Bruce M. Lichtcsien_____
One of its Attorneys

Bruce M. Lichtcsien
COZEN O'CONNOR
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
312.382.3100

CHICAGO\591772\1  216174.000

2

## **CERTIFICATE OF SERVICE**

      Under penalties as provided by law, the undersigned certifies that the foregoing document was served on counsel of record by electronic filing this 7th day of March, 2008, and the same is available for viewing by downloading on the Court's ECF system.

                                                    /s/ June M. Dvorak