UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST MIDWEST BANK, )<br>)<br>Defendant. ) | Case No. 07 C 6905 |

## NOTICE OF FILING

TO:  Craig M. White, Esq.
Jason Logue, Esq.
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive
Suite 2800
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 7th day of March, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff **ONEBEACON INSURANCE COMPANY'S REPLIES TO DEFENDANT'S AFFIRMATIVE DEFENSES**, a copy of which is attached hereto and herewith served upon you.

COZEN O'CONNOR

Dated: March 7, 2008         By:  /s/ Bruce M. Lichtcsien
                                  Attorney for Plaintiff

Bruce M. Lichtcsien
Cozen O'Connor
222 S. Riverside Plaza, Suite 1500
Chicago, Illinois 60606
(312) 382-3100

## PROOF OF SERVICE

Under penalties as provided by law, the undersigned certifies that the foregoing document was served on counsel of record by electronic filing this 7th day of March, 2008, and the same is available for viewing by downloading on the Court's ECF system.

/s/ June M. Dvorak

CHICAGO\588446\1 216174.000