UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST MIDWEST BANK, )<br>)<br>Defendant. ) | Case No. 07 C 6905 |

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this Court's order, COZEN O'CONNOR representing Plaintiff, and WILDMAN HAROLD ALLEN & DIXON, LLP representing Defendant, met on March 14, 2008, pursuant to Rule 26(f) to discuss:

(1)  The nature and basis of their claims and defenses;

(2)  The possibilities for a prompt settlement or resolution of this case;

(3)  To make or arrange for the disclosures required under Rule 26(a)(1); and

(4)  To develop a discovery plan.

To that end, the parties propose the following:

A.  The issues in this case may be simplified by taking the following steps:

1.  Engaging in discovery related to the bank's honoring of the check and whether One Beacon had a valid interest in the check; and

2.  Possible discovery to Gallagher Bassett regarding the status of the deductible under the insurance program with Central Leasing.

B.  The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1.  None.

C.  Discovery will be needed on the following subjects:

1.  Whether Defendant improperly honored the check.

D. Discovery should not be conducted in phases.

E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge.
Yes _____   No ___X___

F. The parties consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded:
It may help resolve the litigation after the close of written discovery.

H. The parties have discussed a prompt settlement or other resolution of this matter. The Plaintiff has made a written demand of $_____, and the Defendant has offered $_____.

I. The Court should consider the following methods of expediting the resolution of this matter:

1. Summary judgment.

Dated: March 17, 2008                     Respectfully submitted,


                                          /s/ Bruce M. Lichtcsien
                                          Bruce M. Lichtcsien
                                          COZEN O'CONNOR
                                          222 South Riverside Plaza, Suite 1500
                                          Chicago, IL  60606
                                          (312) 382-3153
                                          (312) 706-9753 (Facsimile)
                                          Attorneys for Plaintiff


                                          /s/ Craig M. White
                                          Craig M. White
                                          Jason Logue
                                          Wildman Harrold Allen & Dixon, LLP
                                          225 West Wacker, Suite 3000
                                          Chicago, IL  60606
                                          (312) 201-2000
                                          (312) 201-2555 (Facsimile)
                                          Attorneys for Defendant

CHICAGO\582209\1 216174.000