UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6905 |
| | ) | |
| FIRST MIDWEST BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED RULE 16b SCHEDULING ORDER**

1.  Discovery

The following time limits and deadlines shall be applicable.

    A.    All disclosures required by Rule 26(a)(1) shall be made on or before March 28, 2008.

    B.    Any amendments to pleadings or actions to join other parties shall be filed on or before April 30, 2008.

    C.    The cutoff of fact discovery is December 31, 2008.

    D.    The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before N/A.

    E.    The parties may depose the other side's expert at any time prior to N/A.

    F.    The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to N/A.

    G.    The parties shall have until N/A to depose the opposing party's rebuttal expert.

2.  Motions

Any dispositive motions to be filed on or before January 31, 2009.  (Ordinarily this date will be 30 days following the close of fact discovery.)

3. <u>Final Pretrial Order and Conference</u>

The final pretrial order shall be filed on or before <u>March 31, 2009</u>.  (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

The final pretrial conference will be held on _____ at _____ m.  (This date and time will be set by the Court at the Rule 16 Conference.)

4. <u>Trial</u>

Trial is set in this matter on _____ at 10:00 a.m.  (The trial date will be set by the Court at the Rule 16 Conference.)

5. <u>Status Hearings</u>

A further status hearing/preliminary pretrial conference should be held on _____.

Dated: March 17, 2008                              Respectfully submitted,

/s/ Bruce M. Lichtcsien
    Bruce M. Lichtcsien
    COZEN O'CONNOR
    222 South Riverside Plaza, Suite 1500
    Chicago, IL  60606
    (312) 382-3153
    (312) 706-9753 (Facsimile)
    Attorneys for Plaintiff

/s/ Craig M. White
    Craig M. White
    Jason Logue
    Wildman Harrold Allen & Dixon, LLP
    225 West Wacker, Suite 3000
    Chicago, IL  60606
    (312) 201-2000
    (312) 201-2555 (Facsimile)
    Attorneys for Defendant

CHICAGO\581823\1 216174.000