**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6905 |
| ONEBEACON INSURANCE COMPANY, Plaintiff, | |
| v. | |
| FIRST MIDWEST BANCORP, INC., Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIRST MIDWEST BANCORP, INC.

| | |
|---|---|
| NAME (Type or print) Angela L. Stinson-Marti | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Angela Stinson-Marti | |
| FIRM Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS 225 West Wacker Drive, Suite 2800 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279869 | TELEPHONE NUMBER 312-201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on **MARCH 27, 2008**, a copy of the foregoing **APPEARANCE**, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.



/s/ Angela L. Stinson-Marti