**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Onebeacon Insurance Company

                    Plaintiff,

v.                                        Case No.: 1:07–cv–06905
                                        Honorable Sidney I. Schenkier

First Midwest Bank, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

        MINUTE entry before Judge Honorable Sidney I. Schenkier: Status hearing held and continued to 6/25/2008 at 09:00 AM. All amendments to pleadings or adding on of parties is to be completed by 4/30/08. All discovery is to be completed by 12/31/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.