# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Onebeacon Insurance Company

                              Plaintiff,

v.                                    Case No.: 1:07−cv−06905

                                    Honorable Sidney I. Schenkier

First Midwest Bank, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

       MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 7/30/2008 at 09:00 AM. Plaintiff's oral motion for leave to file summary judgment motion is granted. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.