**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Onebeacon Insurance Company
                              Plaintiff,

v.                                                Case No.: 1:07−cv−06905
                                                  Honorable Sidney I. Schenkier

First Midwest Bank, et al.
                              Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 23, 2008:


MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing set for 7/31/08 is stricken and reset to 8/5/2008 at 08:30 AM. Telephone notice(mmm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.