# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07 C 6905 |
| | ) | |
| FIRST MIDWEST BANK, | ) | Magistrate Judge Sidney I Schnekier |
| | ) | |
| Defendant | ) | Judge David Coar |
| | | |

## NOTICE OF MOTION

TO:    Bruce M. Lichtcsien
         Cozen O'Connor
         222 South Riverside Plaza, Suite 1500
         Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 7th day of August, 2008, at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Sidney Schnekier in the courtroom usually occupied by him (Room 1700) at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present DEFENDANT FIRST MIDWEST BANK'S MOTION TO COMPEL, a copy of which is attached hereto and hereby served upon you.

DATED:    August 4, 2008         FIRST MIDWEST BANK


By    /s/ Angela Stinson-Marti
          One of Their Attorneys

Craig M. White (#2999668)
Angela Stinsoon-Marti (#6279869)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000
(312) 201-2555 Fax

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on August 4, 2008, a copy of the foregoing DEFENDANT FIRST MIDWEST BANK'S MOTION TO COMPEL, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

_/s/ Angela Stinson-Marti_____